UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:23-CV-00020-REW-EBA

JEANETTE STANSBERRY, PLAINTIFF,

V.

**ORDER**

THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY, DEFENDANT.

*** *** *** ***

This matter is before the undersigned on the motion of Defendant, The Lincoln National Life Insurance Company, for permission to allow Iwana Rademaekers, Esq. to appear in this action *pro hac vice*. [R. 6]. The proper showing has been made and the admission fee has been paid. Having considered the matter fully, and being otherwise sufficiently advised,

IT IS ORDERED that the motion [R. 6] is GRANTED, and Iwana Rademaekers, Esq. be and is hereby admitted to practice *pro hac vice* for all purposes in the above-styled action.

Signed March 14, 2023.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**