UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:23-CV-00020-REW-EBA

JEANETTE STANSBERRY, PLAINTIFF,

V. **ORDER**

THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY, DEFENDANT.

*** *** *** ***

Pursuant to FED. R. CIV. P. 16 and 26, the Court ORDERS as follows:

1. Within 21 days, the parties, by counsel, shall meet, either in person or by telephone, to consider the topics Rule 26(f)(2) mandates.
2. Within 14 days of the meeting, the parties shall file a joint status report containing:
    a. The discovery plan containing, *inter alia*, the parties' views and proposals on all items Rule 26(f)(3) lists and any standard scheduling order deadlines/requirements on which the parties wish the Court to consider specific timing proposals;
    b. The parties' estimate of the time necessary to file pretrial motions;
    c. The parties' belief(s) as to whether the matter is suitable for some form of alternative dispute resolution and any proposed timing;
    d. The parties' estimate as to the likely length of the trial and dates mutually convenient for trial.

Signed March 21, 2023.

**Signed By:**
**Edward B. Atkins** EBA
**United States Magistrate Judge**