UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:23-CV-000020-REW-EBA

JEANETTE STANSBERRY, PLAINTIFF,

V.

**SCHEDULING ORDER**

THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY, DEFENDANT.

*** *** *** ***

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and upon consideration of the parties' joint Rule 26(f) Report, [R. 10], the Court adopts the following schedule for the disposition of this ERISA case:

1. Defendant shall produce the Administrative Record to Plaintiff by **May 1, 2023.**

2. No later than **July 28, 2023**, counsel for the parties shall complete all discovery, including expert discovery, if applicable. This deadline means, as relevant, service of written discovery calculated to secure a response by and compliant with the deadline.

3. A status report is due no later than **July 28, 2023 (close of discovery)**. The report should indicate the progress of the case and the status of settlement negotiations, the likelihood of settlement, and the feasibility of alternative dispute resolution, including the parties' views on the method of resolution (i.e. mediation, arbitration, settlement conference with the Court, summary jury trial, etc.)

4. The parties shall file a Stipulated Administrative Record by **July 31, 2023**.

5. The parties shall file cross motions for summary judgment by **August 28, 2023.**

Responses are due **September 11, 2023**. Replies are due **September 25, 2023**. At that time, the case will stand submitted.

6. Shall a discovery dispute arise, the parties are directed to comply with the stated protocol in the Standing Case Management and Referral Order. [R. 4].

7. A courtesy copy of briefs and memoranda in support of motions must be provided to Chambers within 48 hours of electronic filing; said courtesy copy should be emailed to Judge Wier's Chambers in electronic format at wier_chambers@kyed.uscourts.gov.

8. This action is assigned for a telephonic mid-discovery conference on **June 5, 2023** at **2:00 P.M**. The teleconference shall be ON THE RECORD, originating from LEXINGTON. Counsel shall access the conference by calling Microsoft Teams Audioconferencing at 606-371-5577 and entering the Phone Conference ID: 915 896 399 (followed by #).

9. Requests to modify any dates or deadlines established by this order shall be submitted upon motion filed prior to expiration of the deadline in question, and upon showing of good cause beyond the control of counsel in the exercise of due diligence. *See* L.R. 7.1(b).

Signed April 26, 2023.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**