UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT PIKEVILLE
CIVIL MINUTES – GENERAL

Pikeville Case No. 23-020-REW-EBA At Lexington Date June 5, 2023

Stansberry v. The Lincoln National Life Insurance Company

PRESENT: HON. EDWARD B. ATKINS, U.S. MAGISTRATE JUDGE

| Dulce Combs | Audio File |
|---|---|
| Deputy Clerk | Court Reporter |

**Attorney Present for Plaintiffs:**
Elizabeth Ann Thornsbury

**Attorney Present for Defendants:**
Iwana Rademaekers

I, Dulce Combs, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LEX__7-23-CV-020-REW-EBA_20230605_135640

PROCEEDING: **TELEPHONIC MID-DISCOVERY CONFERENCE**

Counsel for the parties appeared for telephonic mid-discovery conference as noted.

The Court heard counsel and based upon representations of counsel, discovery is progressing, and the parties are on schedule with the current discovery deadlines.

Dated: June 5, 2023.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**

Copies: COR Initials of Deputy Clerk: dc TIC: / 3 min