**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE**

| | | |
|---|---|---|
| **JEANETTE STANSBERRY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 7:23-cv-00020-REW-EBA** |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STATUS REPORT

In accordance with the Scheduling Order entered by the Court on April 26, 2023, [Doc 11] Plaintiff Jeanette Stansberry and Defendant The Lincoln National Life Insurance Company submit this Joint Status Report the progress of the case and the status of settlement negotiations, the likelihood of settlement, and the feasibility of alternative dispute resolution.

1. The parties have engaged in the following discovery: Defendant produced to Plaintiff a copy of the ERISA administrative record with its Initial Disclosures. The parties agree that this production will satisfy the requirement for Initial Disclosures for both parties pursuant to FRCP 26(a)(1)(B). Plaintiff served Interrogatories and Requests for Production on Defendant and Defendant has responded to those requests. The Parties intend additional discovery discussions, as well as discussing a potential protective order regarding such discovery. The Parties intend to file a joint motion to extend the discovery and all remaining deadlines by an additional thirty (30) days to complete discovery discussions following the filing of this Joint Status Report.

2. Feasibility of ADR: Settlement negotiations are ongoing. The Parties are currently in the process of obtaining other information that could potentially impact the value of the claim and therefore settlement discussions. The Parties anticipate settlement negotiations to continue.

3. Method and Timing of ADR: The parties remain actively engaged in settlement negotiations and will continue to discuss settlement of the lawsuit going forward. At this time, the parties do not request Court-ordered mediation but will continue to assess the potential for resolution by informal means or mediation with each other.

Respectfully submitted this 28th day of July 2023.

Respectfully submitted,

By: /s/ *Iwana Rademaekers* (with permission)
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**AND**

By: /s/*Elizabeth A. Thornsbury*
Elizabeth A. Thornsbury
Email: elizabeth@austinmehr.com
Philip G. Fairbanks
Email: pgf@austinmehr.com
MEHR FAIRBANKS
Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 28, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following:

- **Philip G. Fairbanks**
  pgf@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com
- **Iwana Rademaekers**
  iwana@rademaekerslaw.com,sandy@rademaekerslaw.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY