**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**
***ELECTRONICALLY FILED***

| | | |
|---|---|---|
| JEANETTE STANSBERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 7:23-cv-00020-REW-EBA** |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**<u>JOINT MOTION TO AMEND SCHEDULING ORDER</u>**

Plaintiff, Jeanette Stansberry, and Defendant, The Lincoln National Life Insurance Company, by and through their undersigned counsel, hereby move to amend the Court's Scheduling Order of April 26, 2023 (ECF No. 11) to extend the discovery and briefing deadlines in the case by an additional thirty (30) days. As grounds, the Parties state as follows:

1. Under the Court's current scheduling order, the Parties are to complete all discovery by July 28, 2023.

2. On June 2, 2023, Plaintiff served interrogatories and requests for production of documents upon Defendant. Defendant served responses on June 30, 2023. There are certain areas of dispute that further discussions between the Parties can likely assist. Additionally, as part of its responses, Defendant indicated production of certain responsive information under an acceptable protective order. The Parties would request that the close of discovery be extended by an additional thirty (30) days so that informal discussions between the Parties can facilitate resolution.

3. Furthermore, the Parties are currently engaged in active settlement negotiations. The Parties are currently discussing and in the process of obtaining information that could

potentially impact the value of the claim and therefore the settlement discussions significantly. The Parties agree that extending the fact discovery will afford them an opportunity to pursue settlement negotiations and potentially eliminate the time and expense involved in further discovery and briefing the case on the merits.

4. Accordingly, Plaintiff and Defendant jointly propose that the remaining case deadlines be extended by thirty (30) days, such that:

a. No later than **August 28, 2023**, counsel for the Parties shall complete all discovery, including expert discovery, if applicable. This deadlines means, as relevant, service of written discovery calculated to secure a response by and compliant with the deadline.

b. The Parties shall file a Stipulated Administrative Record by **August 30, 2023**.

c. The Parties shall file cross motions for summary judgment by **September 27, 2023**. Responses are due **October 11, 2023**. Replies are due **October 25, 2023**. At that time, the case will stand submitted.

5. The Parties request this extension in good faith and not for the purpose of undue delay. No party will be prejudiced by the granting of this request.

Respectfully submitted,

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
PHILIP G. FAIRBANKS
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, KY 40507
Phone: (859) 225-3731
Fax: (859) 225-3830
Email: elizabeth@austinmehr.com
Email: pgf@austinmehr.com
*Counsel for Plaintiff*

and

/s/ *Iwana Rademaekers* (with permission)
IWANA RADEMAEKERS
(Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 28, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following:

- **Philip G. Fairbanks**
  pgf@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com
- **Iwana Rademaekers**
  iwana@rademaekerslaw.com,sandy@rademaekerslaw.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY