**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE**

| | | |
|---|---|---|
| **JEANETTE STANSBERRY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 7:23-cv-00020-REW-EBA** |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR LEAVE TO FILE STIPULATED ADMINISTRATIVE RECORD UNDER SEAL**

Plaintiff Jeanette Stansberry and Defendant The Lincoln National Life Insurance Company file this Joint Motion For Leave to File Under Seal as follows:

The Parties request that they be allowed to file the Stipulated Administrative Record and the exhibits thereto under seal as it contains personal and confidential medical information.

WHEREFORE, the Parties respectfully request that this Court grant their Motion and enter an order placing under seal the Joint Stipulated Administrative Record, along with the exhibits thereto, and withholding these documents from public inspection.

Dated this 30th day of August 2023.

Respectfully submitted,

By: /s/ Iwana Rademaekers (w/permission)
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANTS

**AND**

By: /s/Elizabeth A. Thornsbury
Elizabeth A. Thornsbury
Email: elizabeth@austinmehr.com
Philip G. Fairbanks
Email: pgf@austinmehr.com
MEHR FAIRBANKS
Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Kentucky, using the electronic case filing system of the court. The electronic case filing system sent a “Notice of Electronic Filing” to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Elizabeth A. Thornsbury
Email: elizabeth@austinmehr.com

Philip G. Fairbanks
Email: pgf@austinmehr.com

August 30, 2023
Date

/s/ Iwana Rademaekers
Iwana Rademaekers