**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE**

| | | |
|---|---|---|
| **JEANETTE STANSBERRY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 7:23-cv-00020-REW-EBA** |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE STIPULATED ADMINISTRATIVE RECORD UNDER SEAL**

On this day came on to be considered the Parties' *Joint Motion for Leave to File Stipulated Administrative Record Under Seal*. Upon considering the Motion and finding that there is good cause for the document to be filed under seal, the Court orders that the Motion be granted. It is therefore,

ORDERED that the *Stipulated Administrative Record* is hereby withheld from public inspection and filed under seal.