**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**
***ELECTRONICALLY FILED***

| | | |
|---|---|---|
| JEANETTE STANSBERRY,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 7:23-cv-00020-REW-EBA** |

**<u>JOINT MOTION TO AMEND SCHEDULING ORDER</u>**

Plaintiff, Jeanette Stansberry, and Defendant, The Lincoln National Life Insurance Company, by and through their undersigned counsel, hereby move to amend the Court's Virtual Order dated July 31, 2023 (ECF No. 15) to extend the briefing deadlines in the case by an additional thirty-five (35) days. As grounds, the Parties state as follows:

1. Under the Court's current scheduling order, the Parties are to file cross motions for summary judgment on September 27, 2023.

2. The Parties are currently engaged in active settlement negotiations and believe that informal resolution is possible. The Parties agree that extending the briefing deadline will afford them an opportunity to complete settlement negotiations and potentially eliminate the time and expense involved in briefing the case on the merits.

3. Accordingly, Plaintiff and Defendant jointly propose that the remaining case deadlines be extended by thirty-five (35) days, such that:

a. The Parties shall file cross motions for summary judgment by **November 1, 2023**. Responses are due **November 15, 2023**. Replies are due **November 29, 2023**. At that time, the case will stand submitted.

4. The Parties request this extension in good faith and not for the purpose of undue delay. No party will be prejudiced by the granting of this request.

Respectfully submitted,


/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
PHILIP G. FAIRBANKS
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, KY 40507
Phone: (859) 225-3731
Fax: (859) 225-3830
Email: elizabeth@austinmehr.com
Email: pgf@austinmehr.com
*Counsel for Plaintiff*

and

/s/ *Iwana Rademaekers* (with permission)
IWANA RADEMAEKERS
(Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 22, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following:

- **Philip G. Fairbanks**
  pgf@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com
- **Iwana Rademaekers**
  iwana@rademaekerslaw.com,sandy@rademaekerslaw.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY