**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**
***ELECTRONICALLY FILED***

| | | |
|---|---|---|
| JEANETTE STANSBERRY,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | **Case No. 7:23-cv-00020-REW-EBA** |

**AGREED ORDER AMENDING SCHEDULING ORDER**

This matter having come before the Court on the Parties' Joint Motion to Amend the Scheduling Order of July 31, 2023 (ECF No. 15), and the Court being sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The parties' joint motion is **GRANTED.**
2. The remaining deadlines set forth in the Virtual Order dated July 31, 2023 (ECF No. 15) are **VACATED**.
3. The Parties shall file cross motions for summary judgment by **November 1, 2023**. Responses are due **November 15, 2023**. Replies are due **November 29, 2023**. At that time, the case will stand submitted.

**HAVE SEEN AND AGREED:**

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
PHILIP G. FAIRBANKS
**Mehr Fairbanks Peterson Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, KY 40507
Phone: (859) 225-3731
Fax: (859) 225-3830
Email: elizabeth@austinmehr.com
Email: pgf@austinmehr.com
*Counsel for Plaintiff*

/s/ *Iwana Rademaekers* (with permission)
IWANA RADEMAEKERS
(Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Counsel for Defendant*