UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:23-cv-00020-REW-EBA

JEANETTE STANSBERRY, PLAINTIFF,

V.

**ORDER**

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, DEFENDANT.

*** *** *** ***

This matter is before the Court on Parties' Joint Motion to Amend the Scheduling Order to extend briefing deadlines. [R. 19]. Having considered the motion, and being fully advised,

IT IS ORDERED that the Parties' Joint Motion, [R. 19], is GRANTED. The deadlines set by the Scheduling Order entered July 31, 2023, [R. 15], are vacated to the extent set forth below.

1. Parties shall file cross motions for summary judgment by no later than November 1, 2023.

2. Responses are due no later than November 15, 2023.

3. Replies are due no later than November 29, 2023.

Signed September 25, 2023.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**