**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**
***ELECTRONICALLY FILED***

| | | |
|---|---|---|
| JEANETTE STANSBERRY,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 7:23-cv-00020-REW-EBA** |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Jeanette Stansberry and Defendant The Lincoln National Life Insurance Company (collectively the "Parties"), by and through counsel, hereby jointly notify the Clerk and the Court pursuant to Local Rule 54.1 that the Parties have reached a tentative settlement in principle in this matter. The Parties respectfully ask the Court to allow forty-five (45) days to finalize the settlement, and to stay any pending deadlines during such time. Once the settlement is finalized, the Parties propose that they shall submit a Fed. R. Civ. P. 41(a)(1)(A)(ii) compliant joint Stipulation of Dismissal.

Respectfully submitted:

*/s/ Elizabeth A. Thornsbury*

ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
PHILIP G. FAIRBANKS
Email: pgf@austinmehr.com
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Counsel for Plaintiff*

and

/s/ *Iwana Rademaekers* (with permission)

IWANA RADEMAEKERS
(Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 31, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following:

- **Philip G. Fairbanks**
  pgf@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com
- **Iwana Rademaekers**
  iwana@rademaekerslaw.com,sandy@rademaekerslaw.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY