UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JEANETTE STANSBERRY,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 7:23-CV-20-REW<br><br>ORDER |

*** *** *** ***

The parties have jointly filed a notice of settlement to notify the Court that they have reached "a tentative settlement in principle" and are finalizing the settlement. DE 21 (Joint Notice). The parties further request that the Court stay all deadlines in the matter pending the forthcoming dismissal. *See id.* Accordingly, the Court **ORDERS** the parties to file a proper Rule 41 stipulation or Agreed Order or, failing those, a status report explaining any delay in effectuating their settlement, by **no later than December 15, 2023**. The Court further **GRANTS** the parties' request and **STAYS** all pending deadlines in this action.

This the 1st day of November, 2023.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**