**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**
***ELECTRONICALLY FILED***

| | | |
|---|---|---|
| JEANETTE STANSBERRY,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 7:23-cv-00020-REW-EBA** |

**JOINT MOTION FOR EXTENSION TO FILE AGREED ORDER OF DISMISSAL**

Plaintiff Jeanette Stansberry and Defendant The Lincoln National Life Insurance Company (collectively the "Parties"), by and through their undersigned counsel, and pursuant to ECF No. 22, hereby submit this Joint Motion for Extension to file Agreed Order of Dismissal:

1. On October 31, 2023, a Joint Notice of Settlement was filed informing the Court that a settlement had been reached in this matter [ECF No. 21].

2. Since this Court's November 1, 2023 Order [ECF No. 22], the Parties have continued discussions related to the documentation required for final settlement of this matter. The Parties have since finalized these discussions, but additional time is needed to finalize the required documentation for settlement. Specifically, the Parties are currently awaiting execution of the documentation and execution of the settlement.

3. The Parties expect to have the settlement finalized within thirty (30) days.

4. Accordingly, Plaintiff and Defendant jointly request that the Court allow the Parties **thirty (30) days**, or until **January 15, 2024**, to submit an Agreed Order of Dismissal.

5. This Joint Motion is not made for the purpose of undue delay and no prejudice will result to any party from the granting of this request.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court allow the Parties **thirty (30) days**, or until **January 15, 2024**, to submit an Agreed Order of Dismissal.

Respectfully submitted:


*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
PHILIP G. FAIRBANKS
Email: pgf@austinmehr.com
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Counsel for Plaintiff*

and

/s/ *Iwana Rademaekers* (with permission)
IWANA RADEMAEKERS
(Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 15, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following:

- **Philip G. Fairbanks**
  pgf@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com
- **Iwana Rademaekers**
  iwana@rademaekerslaw.com,sandy@rademaekerslaw.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY