**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**
***ELECTRONICALLY FILED***

| | | |
|---|---|---|
| JEANETTE STANSBERRY,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 7:23-cv-00020-REW-EBA** |

**ORDER**

This matter having come before the Court on the Parties' Joint Motion for Extension to File Agreed Order of Dismissal pursuant to this Court's November 1, 2023 Order [ECF No. 22], and the Court being sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The Parties' joint motion is **GRANTED.**

**2.** The Parties' **SHALL** tender an Agreed Order of Dismissal on or before **December 15, 2024.**