UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JEANETTE STANSBERRY,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | ) | No. 7:23-CV-20-REW<br><br>ORDER |

*** *** *** ***

The parties previously notified the Court that they had reached a tentative settlement. *See* DE 21 (Joint Notice). The Court accordingly ordered the parties to file a proper Rule 41 stipulation, an Agreed Order, or a status report by December 15, 2023. *See* DE 22 (Order). The parties timely filed a joint motion for an extension of time to file the Agreed Order, stating that additional time is needed to finalize the settlement documentation. *See* DE 23 (Joint Motion). Finding good cause for the extension, the Court **GRANTS** DE 23 and **ORDERS** the parties to file a proper Rule 41 stipulation, an Agreed Order, or a status report explaining any delay in effectuating the settlement by no later than **January 15, 2024**.

This the 20th day of December, 2023.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**