**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**
***ELECTRONICALLY FILED***

| | | |
|---|---|---|
| JEANETTE STANSBERRY,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 7:23-cv-00020-REW-EBA** |

**PLAINTIFF'S MOTION FOR EXTENSION TO FILE AGREED ORDER OF DISMISSAL**

Plaintiff Jeanette Stansberry, by and through counsel, and pursuant to ECF No. 26, hereby submits this Motion for Extension to file Agreed Order of Dismissal:

1. On October 31, 2023, a Joint Notice of Settlement was filed informing the Court that a settlement had been reached in this matter [ECF No. 21].

2. Since this Court's November 1, 2023 Order [ECF No. 22], and subsequent orders dated December 20, 2023 [ECF No. 24] and January 16, 2024 [ECF No. 26], the Parties have continued discussions related to the documentation required for final settlement of this matter. The Parties have since finalized the required documentation for settlement, but are currently awaiting receipt of the settlement portion.

3. Defendant has advised this portion should be completed this week. Therefore, it is expected that the settlement portion should be received and therefore finalized within seven (7) days.

4. Accordingly, Plaintiff requests that the Court allow the Parties **seven (7) days**, or until **February 12, 2024**, to submit an Agreed Order of Dismissal.

5. This Motion is not made for the purpose of undue delay and no prejudice will result to any party from the granting of this request.

WHEREFORE, Plaintiff respectfully requests that the Court allow the Parties **seven (7) days**, or until **February 12, 2024**, to submit an Agreed Order of Dismissal.

Respectfully submitted:

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
PHILIP G. FAIRBANKS
Email: pgf@austinmehr.com
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 5, 2024, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following:

- **Philip G. Fairbanks**
  pgf@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com
- **Iwana Rademaekers**
  iwana@rademaekerslaw.com,sandy@rademaekerslaw.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY