**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**
***ELECTRONICALLY FILED***

| | | |
|---|---|---|
| JEANETTE STANSBERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 7:23-cv-00020-REW-EBA** |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter having come before the Court on Plaintiff's Motion for Extension to File Agreed Order of Dismissal pursuant to this Court's January 16, 2024 Order [ECF No. 26], and the Court being sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's motion is **GRANTED.**

**2.** The Parties' **SHALL** tender an Agreed Order of Dismissal on or before **February 12, 2024.**