UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JEANETTE STANSBERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 7:23-CV-20-REW-EBA |
| v. | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

The parties previously notified the Court that they had reached a tentative settlement. *See* DE 21 (Joint Notice). The Court accordingly ordered the parties to file a proper Rule 41 stipulation, an Agreed Order, or a status report by February 5, 2024. *See* DE 26 (Order). The parties timely filed a joint motion for an extension of time to file the Agreed Order, stating that a short extension is needed to finalize receipt of the settlement payment. *See* DE 27 (Joint Motion). Finding good cause for the extension, the Court **GRANTS** DE 27 and **ORDERS** the parties to file a proper Rule 41 stipulation, an Agreed Order, or a status report explaining any delay in effectuating the settlement by no later than **February 12, 2024**.

This the 7th day of February, 2024.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**