UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JEANETTE STANSBERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 7:23-CV-20-REW-EBA |
| v. | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

The parties have filed a joint stipulation of dismissal, requesting that the Court dismiss this action with prejudice. *See* DE 29 (Joint Stipulation). Per the terms of DE 29, the Court accordingly **DISMISSES** the action with prejudice and **STRIKES** the matter from the Court's active docket with each party bearing its own costs and expenses.

This the 12th day of February, 2024.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**